UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christina Lorenzo,

Plaintiff,

-against-

JB Security Inc,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/12/2023

1: 22-cv-05274 (JPO)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday,

May 23, 2023, at 10:00 a.m. EST in Courtroom 11C, United States Courthouse, 500 Pearl Street,

New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate

Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

Dated:       New York, New York
             May 12, 2023

_____
STEWART D. AARON
United States Magistrate Judge